**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

January 12, 2010

Clerk, U.S. Bankruptcy Court

RE: Robert E. Conrad Jr.
    Bankruptcy Case No.  1-10-00239
    Unclaimed Funds For: Robert E. Conrad Jr.
              4707 Berkley Street
              Harrisburg PA 17109

FILED
WILKES-BARRE, PA.
2011 JAN 13  PM 12: 10
CLERK U.S. BANKRUPTCY COURT

Dear Clerk:

    Enclosed herewith please find check No. 1006056 for $752.13 drawn on the Fulton Bank representing unclaimed funds for the debtor in the above-referenced bankruptcy.

    Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                      Very truly yours,

                      *Carol A. Kreider*

                      Carol A. Kreider
                      Funds Manager

RECEIVED WILKES BARRE PA
JAN 1 3 RECD
Clerk, U.S. Bankruptcy Court